UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON
CIVIL ACTION NO. 5:09-cv-00058-JMH

REGINALD TAYLOR                                                    PLAINTIFF

VS.                        **MOTION TO DISMISS**

LEXINGTON-FAYETTE URBAN COUNTY
GOVERNMENT, ET AL                                         DEFENDANTS

\* \* \* \* \* \* \* \* \* \*

Comes the Defendant, Lexington-Fayette Urban County Government, Division of Community Corrections, pursuant to C.R. 12.02(f), and moves this Court to dismiss the claims against it in this action for failure to state a claim upon which relief can be granted.  In support of this Motion, this Defendant states as follows:

The Plaintiff has named the "Lexington-Fayette Urban County Government Division of Community Corrections" as a Defendant in this case. The Complaint alleges that the Lexington-Fayette Urban County Government Division of Community Corrections is a resident of Lexington and employer of the Plaintiff.  (Complaint ¶ 5)  The Complaint and Summons were served on Mayor Jim Newberry. However, the Lexington-Fayette Urban County Government Division of Community Corrections is not an entity *sui juris*.  While the Lexington-Fayette Urban County Government does encompass a Division of Community Corrections, the Division of Community Corrections is not a separate suable entity.  It is not subject to suit and, thus is entitled to a dismissal of all claims against it.

The Division of Community Corrections is an operating division of the Lexington-Fayette Urban County Government, established pursuant to Article 6 of the Charter of the Lexington-Fayette Urban County Government, attached as Exhibit "B". (At the time of Charter, the Division of Community Corrections was referred to as the Division of Detention.) There is no statutory authority which provides that the Division of Community Corrections can sue or be sued as an entity separate from the Lexington-Fayette Urban County Government.

In short, the Lexington-Fayette Urban County Government Division of Community Corrections is not a legal entity capable of being sued. Matthews v. Jones, 35 F.3d 1046, 1049 (6th Cir. 1994) (holding that the Jefferson County Police Department is not a suable entity); Smith v. Franklin County, et. al., 227 F.Supp.2d 667, 674-75 (E.D. Ky. 2002) (finding that the Franklin County Correctional Complex is not a legal entity capable of being used); Higgenbottom v. McManus, 840 F.Supp. 454 (W.D. Ky. 1994) (holding that the Paducah Police Department is not subject to suit as a separate entity).

CONCLUSION

WHEREFORE, the Plaintiff has named a Defendant that has no jural existence. The Division of Community Corrections is not a legal entity that exists separately from the Lexington-Fayette Urban County Government under which it operates.  It is not a legal entity capable of being sued.

Accordingly, this Defendant respectfully submits that the Plaintiff's Complaint fails to state a claim against it upon which relief can be granted.  This Defendant further respectfully requests that the claims against the Lexington-Fayette Urban County Government Division of Community Corrections be properly dismissed.

## NOTICE

The parties will please take notice that this Motion will come on for a hearing at the convenience and discretion of the Court.

Respectfully submitted,

BY:  s/Tracy W. Jones
TRACY W. JONES, ESQ.
LESLYE M. BOWMAN, ESQ.
Lexington Fayette Urban County
 Government
Department of Law
P.O. Box 34028
Lexington, Kentucky 40588-4028
Telephone (859) 258-3500
Facsimile (859) 258-3538
tjones@lfucg.com
COUNSEL FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2009, I electronically filed this document through the ECF System, which will send a notice of electronic filing to:

Leslie Dean, Esq.
Attorney at Law, PSC
One Eagle View Plaza
3288 Eagle View Lane, Suite 300
Lexington, Kentucky 40509
ldean@LeslieDean.com

By:  s/ Tracy W. Jones
TRACY W. JONES, ESQ.
Attorney for Defendants
Lexington-Fayette Urban County Government
Department of Law
P. O. Box 34028
Lexington, Kentucky 40588-4028
Telephone (859) 258-3500
Fax (859) 258-3538
tjones@lfucg.com

X:\Cases\DETENTION\09-LI0280\PLE\00204036.DOC