UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON
CIVIL ACTION NO. 09-CV-00058-JMH

Eastern District of Kentucky
FILED
JUL 1 5 2010
AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

REGINALD TAYLOR            PLAINTIFF

V.        AGREED ORDER OF DISMISSAL

LEXINGTON-FAYETTE URBAN           DEFENDANTS
COUNTY GOVERNMENT

***********************

By agreement of the parties, as is evidenced by the signatures of respective counsel below,

IT IS HEREBY ORDERED THAT all claims of the Plaintiff in the above-referenced lawsuit are DISMISSED, WITH PREJUDICE, with each party to bear their own costs, expenses, witness fees and attorney fees.

Dated the 15th day of July, 2010.

_____
Judge Joseph M. Hood
United States District Court
Eastern District of Kentucky

1

HAVE SEEN AND AGREED:

s/Leslie Dean
Leslie Dean, Esq.
Leslie Dean, Attorney at Law, PSC
116 N. Main Street
Versailles, Kentucky 40383
Counsel for Plaintiff

s/Tracy W. Jones
Tracy W. Jones, Esq.
Lexington-Fayette Urban County Government
Department of Law
P. O. Box 34028
Lexington, Kentucky 40588-4028
Counsel for Defendant

X:\Cases\DETENTION\09-LI0280\PLE\00265046.DOC